UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 8:26-cr-101-KKM-SPF

ANN MARY ZHENG

### NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney James A.

Muench, as co-counsel for the Government in regard to forfeiture proceedings in the

above-styled cause. The Government requests that any and all pleadings,

correspondence, and other matters pertaining to this case be directed to the

undersigned, as well as to Assistant United States Attorney Lauren Stoia, on behalf

of the Government.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:     *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney
        Florida Bar Number 472867
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        E-mail: james.muench2@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

<span style="margin-left:auto"></span>*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney