

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:26-cr-101-KKM-SPF |
| Ann Mary Zheng | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Ann Mary Zheng                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Accessory After the Fact, in violation of 18 U.S.C. § 3; and
Evidence Tampering, in violation of 18 U.S.C. §§ 1512(c)(1)

**SEALED**

Date: 03/25/26                                                    _____
                                                                                                EMMANUEL PHILANTROPE
                                                                                                *Issuing officer's signature*

City and state:                      Tampa, FL                          ELIZABETH WARREN, Clerk, United States District Court
                                                                                                *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 25 March 26 , and the person was arrested on *(date)* 25 March 26
at *(city and state)*   Tampa, FL (Hillsborough County)

Date: 3/26/26                                                    _____
                                                                                                *Arresting officer's signature*

                                                                                                Corine Ibrahim
                                                                                                *Printed name and title*