UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:26-cr-00101-KKM-SPF

ANN MARY ZHENG

### NOTICE OF PENDENCY OF RELATED CASE

The United States of America notifies this Court, under Rule 1.07(c) of the

Local Rules of the United States District Court, Middle District of Florida, regarding

related cases. Specifically, the defendant's conduct is related to the conduct charged

in *United States v. Alen Zheng*, Case No. 8:26-cr-00102-CEH-LSG. The related case is

pending before United States District Judge Charlene E. Honeywell.

The case referenced herein involves directly overlapping issues of law and

facts.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Lauren Stoia*
      Lauren Stoia
      Assistant United States Attorney
      United States Attorney No. 201
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lauren.Stoia@usdoj.gov

**U.S. v. Ann Mary Zheng**                    **Case No. 8:26-cr-00101-KKM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Counsel of Record


/s/ *Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov