UNITED STATES OF AMERICA

v.                                        CASE NO. 8:26-cr-00101-KKM-SPF

ANN MARY ZHENG

## **NOTICE OF CORPORATE VICTIMS**

I hereby disclose the following information pursuant to the Court's March 27, 2026 Order (Doc. 15):

1.     There are no corporate victims in the above-captioned case.

2.     I hereby certify that I am unaware of any actual or potential conflict of interest involving the U.S. District Court Judge assigned to this case, and will notify the Court in writing, forthwith, upon learning of any such conflict.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

U.S. v. Ann Mary Zheng                  Case No. 8:26-cr-00101-KKM-SPF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

/s/ *Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov